AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| JONAS SMITH <br><br> *Plaintiff(s)* <br> v. <br><br> THE ARKANSAS DEPARTMENT OF HUMAN SERVICES, CHARLES SMITH, ET AL. <br><br> *Defendant(s)* | Civil Action No. 4:13-CV-00658-BSM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Orlandis Moore, Official Capacity
2609 S. Battery
Little Rock, AR 72206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Luther Sutter
Sutter & Gillham, PLLC
P. O. Box 2012
Benton, AR 72018
501-315-1910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
*CLERK OF COURT*

Date: 1/17/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:13-CV-00658-BSM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Orlandis Moore, Official Capacity

was received by me on *(date)* 02/27/14 .

☐ I personally served the summons on the individual at *(place)* Afterthought 2721 Kavanaugh
on *(date)* 04/05/14 ; or @ 9:59pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/5/14

*Server's signature*

Tasha Sims (process server)
*Printed name and title*

P.O Box 24119, LR AR 72223
*Server's address*

Additional information regarding attempted service, etc: